AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2009

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>PADOVA, JOHN R. | 2. Court or Organization<br><br>EASTERN DISTRICT OF PA | 3. Date of Report<br><br>05/3/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>SENIOR DISTRICT COURT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>17613 U.S. COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member of Patient Advocate Board | Kimmel Cancer Center |
| 2. Member of Advisory Board | Regina Academies |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 05/3/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | N.Y. Intellectual Property Law Assoc., Inc. | 3/27/2009 - 3/28/2009 | New York, NY | Annual dinner and program | transportation, cab, tips, hotel, meals for Judge |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 05/3/2010 |

**V. GIFTS.** *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

**VI. LIABILITIES.** *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 05/3/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. VKM PA QUALITY MUN TR | A | Interest | J | T | | | | | |
| 2. PNC BANK CHKG | A | Interest | J | T | | | | | |
| 3. ANN M. PADOVA, IRA PNC | A | Interest | K | T | | | | | |
| 4. Fed Pa Mun M.M. -RBC M.M. Fund | A | Interest | J | T | | | | | MM Opened (Hanauer) |
| 5. Dreyfus Pa M.M. | A | Interest | J | T | | | | | (Janney) |
| 6. Boston Capital 17 | A | Interest | J | T | | | | | |
| 7. Bank Chkg & Sav. Citizens Bank | A | Int | J | T | | | | | |
| 8. PA Econ. Dev. Fin. G&B 12-1-30 | A | Interest | J | T | | | | | |
| 9. Exelon | B | Dividend | L | T | | | | | |
| 10. USAA Sav-Act | A | Interest | K | T | Cash | | | | |
| 11. Boston Cap Ser 23 | A | Dividend | J | T | | | | | |
| 12. Boston Cap SER 15 & 18 | A | Interest | J | T | | | | | |
| 13. JMS/DLJSC/Phila Inv. RETIRE. PLAN ACCT.J PADOVA IRA | E | Div & Int | P1 | T | | | | | |
| 14. - ACM Man. Dollar Inc. Fund | B | Dividend | | | Merged (with line 17) | 09/29/09 | K | | |
| 15. - Pershing Gov Act-mm | A | Dividend | N | T | | | | | |
| 16. - ACM Govt. Sec. Fund-name change-Alliance Bernstein Income | B | Dividend | K | T | | | | | |
| 17. - Alliance World Fund-name change-Alliance Bernstein Global | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 05/3/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Commercial Act Lease Realty, Inc.-Natl. Retail | B | Dividend | K | T | | | | | Name change |
| 19. - Aspen Group Res. Corp. | | None | J | T | | | | | |
| 20. - Templeton Emer Mktg. Inc. | B | Dividend | K | T | | | | | |
| 21. - Pepsico Cap Res Inc. 4/01/11 | | None | L | T | | | | | |
| 22. - U.S. Treas SEC Strip 11/15/11 | | None | M | T | | | | | |
| 23. - Van Kampen Amer Cap Sr Inc. | A | Dividend | K | T | | | | | |
| 24. - FHLMC Ser-2496 5.5 | A | Interest | | | Redeemed | 05/15/09 | L | | Also 6/15/09 |
| 25. - FEDL Hom. Ln Mtge 4/17/18 | C | Interest | | | Redeemed | 05/05/09 | L | | |
| 26. - Cons Edison Ins. Com. | C | Dividend | L | T | | | | | |
| 27. - Microsoft (IRA) | A | Dividend | K | T | | | | | |
| 28. - Intel (IRA) | A | Dividend | K | T | | | | | |
| 29. - Tupperware Corp (IRA) | C | Dividend | | | Sold | 07/29/09 | L | | |
| 30. - Bayatex Entr (IRA) | | None | L | T | | | | | |
| 31. - Citigtroup Inc. Com | | None | J | T | | | | | |
| 32. - Tyco Intl. Ltd. | A | Dividend | K | T | | | | | |
| 33. - Covidien Ltd. | A | Dividend | K | T | | | | | |
| 34. - Tyco Electronic | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 05/3/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.    - Barrick Gold Corp. IRA | | None | | | Sold | 12/10/09 | L | E | |
| 36.    - General Electric IRA | A | Dividend | K | T | | | | | |
| 37.    - Public Service Enter (IRA) | C | Interest | L | T | Buy | 07/29/09 | L | | |
| 38.   Fid. Adv. Sr II Gro Opty Fd. B | A | Dividend | J | T | | | | | |
| 39.   Putnam Inv Fds - Gro B | A | Dividend | J | T | | | | | |
| 40.   Berks Cty. Pa M.A. - Phoebe | A | Interest | J | T | | | | | |
| 41.   New Jersey Econ Dev 10/23 | A | Interest | J | T | | | | | |
| 42.   Evergreen Money Mkt 9 -now Wells Fargo | A | Dividend | J | T | | | | | |
| 43.   Erie Co. H.A. - St. Mary's | B | Interest | | | Sold | 08/17/09 | K | | |
| 44.   Louisiana Loc. Govt. St. James | B | Interest | | | Sold | 11/02/09 | K | | |
| 45.   Vanguard Pa L/T Tax Ex Fund | D | Interest | M | T | | | | | |
| 46.   Vanguard M/M - IRA | A | Dividend | M | T | | | | | |
| 47.   Vanguard B/M - IRA | D | Dividend | M | T | | | | | |
| 48.   Vanguard 500 - IRA | C | Dividend | M | T | | | | | |
| 49.   American Century | A | Dividend | K | T | | | | | |
| 50.   Ohio State Env. 5/1/29 | B | Interest | K | T | | | | | |
| 51.   PNC Bank Sav. & Ckg | A | Interest | L | T | | | | | |

| 1 Income Gain Codes. (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 05/3/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Allegheny Co. Pa. USX-5.6 RFDG | B | Interest | | | Sold | 11/24/09 | K | | |
| 53. Allegheny Co. Pa.-South Hills 8.625 | | None | J | T | | | | | |
| 54. NJ Econ Dev - Seashore 4-1-31 | B | Interest | K | T | | | | | |
| 55. Allegheny Co. Pa. IDA 6-6 | A | Interest | J | T | | | | | |
| 56. Allegheny Co. PA. IDM. USX 5.5 | A | Interest | | | Sold | 11/24/09 | J | | |
| 57. Del. Co. Pa. Auth. Cabrini | B | Interest | K | T | | | | | |
| 58. Nuveen Select | B | Interest | K | T | | | | | |
| 59. Pa. St. Tpk. Comn Oil | B | Interest | K | T | | | | | |
| 60. PA St Ref-1st Ser. 4.5 | A | Interest | J | T | | | | | |
| 61. PA St Go - 5.0 | A | Interest | J | T | | | | | |
| 62. Stroudsberg, PA - 5.0 | A | Interest | J | T | | | | | |
| 63. Economy, PA - 5.0 | B | Interest | K | T | | | | | |
| 64. Mtgy. Co. IDA Ret. 5.250 | B | Interest | K | T | | | | | |
| 65. Union Co. Hosp. - 5.0 | B | Interest | K | T | | | | | |
| 66. Lancaster PA Ser A - 4 5% | A | Interest | | | Sold | 05/04/09 | K | | |
| 67. Lehigh Co PIDA 9/1/29 | A | Interest | J | T | | | | | |
| 68. Lehigh Co PIDA 9/1/29 | A | Interest | | | Sold | 10/26/09 | J | | |

1 Income Gain Codes    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 05/3/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Upper St. Clair Tw 7-25-4.3 | A | Interest | | | Sold | 07/22/09 | K | | |
| 70. Eaton Vance-Tx mg. (Global) | D | Dividend | L | T | | | | | |
| 71. Puerto Rico 7/1/42 | A | Interest | K | T | | | | | |
| 72. Nuveen PA Prem Inc | B | Dividend | K | T | | | | | |
| 73. Nuveen PA Invt QF | B | Dividend | K | T | | | | | |
| 74. Van Kempen Amer PA Mun. Inc | B | Dividend | K | T | | | | | |
| 75. Federated Govt Res MM | A | Dividend | K | T | | | | | |
| 76. Sayre PA Health Serv 12/1/31 | B | Interest | K | T | | | | | |
| 77. Chester Co. PA H&E-Jeff | B | Interest | K | T | | | | | |
| 78. Eaton Vance T/M | C | Interest | K | T | | | | | |
| 79. Eaton Vance T/M | A | Interest | J | T | | | | | |
| 80. California St G/O 9/1/36 | B | Interest | K | T | | | | | |
| 81. Blackrock Intl. Growth and Inc. Trust | C | Dividend | K | T | | | | | |
| 82. Phila. Pa 4.5% 7/1/33 Childrens | A | Interest | | | Sold | 10/26/09 | K | | |
| 83. Pa. St. Univ Ser A 8/15/36 | B | Interest | | | Sold | 10/26/09 | K | | |
| 84. Vanguard GNMA Fund | A | Interest | K | T | | | | | |
| 85. PA St. HEF Rev. REDG-UNIV | B | Interest | K | T | | | | | |

1. Income Gain Codes.     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
         P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
   (See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 05/3/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Geisonger PA H.A. | B | Interest | K | T | | | | | |
| 87. Mtgy Co. PA H.E. Arcadia | B | Interest | K | T | | | | | |
| 88. PA Auth I.D. Cultural Phila. | C | Interest | K | T | | | | | |
| 89. Phila PA Wtr Rev. Ser B | B | Interest | K | T | | | | | |
| 90. Puerto Rico Co. Ser B | B | Interest | K | T | | | | | |
| 91. Mtgy Co. PA Ser C 12/31 | B | Interest | K | T | | | | | |
| 92. Beaver County PA 11/15/31 | A | Interest | K | T | Buy | 01/9/09 | K | | |
| 93. State PSBS PA 3/1/29 | A | Interest | K | T | Buy | 05/11/09 | K | | |
| 94. Del County PA RFDG Neumann | A | Interest | J | T | Buy | 12/16/09 | J | | |
| 95. Nebraska Edl Fin | A | Interest | K | T | Buy | 08/01/09 | K | | |
| 96. Puerto Rico-Ser C 7/1/19 | A | Interest | J | T | Buy | 03/05/09 | J | | |
| 97. Del County PA-Neumann | A | Interest | K | T | Buy | 12/06/09 | K | | |
| 98. PA St. Tpk 12/1/41 5.3% | A | Interest | K | T | Buy | 11/24/09 | K | | |
| 99. Puerto Rico Ser Q 7/1/37 | A | Interest | L | T | Buy | 10/26/09 | L | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 05/3/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 05/3/2010 |

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 05/3/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY ... BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544